**Christine STEINHAGEN, Plaintiff,**

v.

**UNITED STATES of America, Defendant.**

**Civ. No. 89–CV–72453–DT.**

United States District Court, E.D. Michigan, S.D.

Oct. 2, 1991.

### ORDER OF DISMISSAL

ANNA DIGGS TAYLOR, District Judge.

Pursuant to a Stipulation for Dismissal of this complaint filed by the parties, the opinion and order of this court of June 28, 1991, 768 F.Supp. 200, is withdrawn and vacated, and the complaint is dismissed with prejudice and without costs.